IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-2293-ZLW-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

    Plaintiff,

v.

GO-TRI, INC., a Colorado corporation, and
MODA RESTAURANT PARTNERS, INC., a Colorado corporation,

    Defendants.

___

## ORDER

___

It is ORDERED that, pursuant to the Order of May 23, 2005, the stay of this action is lifted as of June 29, 2005, *nunc pro tunc*.

DATED at Denver, Colorado, this  2  day of August, 2005.

BY THE COURT:

S/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court