IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02293-ZLW-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

Plaintiff,

v.

GO-TRI, INC., a Colorado corporation,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a status conference.  Consistent with matters discussed at the status conference:

IT IS ORDERED that the case is set for a scheduling conference on **September 28, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall submit a proposed scheduling order on or before **September 26, 2005**.

Dated August 29, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge