IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-02293-ZLW-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

    Plaintiff,

v.

GO-TRI, INC., a Colorado corporation, and
MODA RESTAURANT PARTNERS, INC., a Colorado corporation,

    Defendants.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September   28  , 2005

    It is ORDERED that the Stipulated Notice Of Substitution Of Counsel For Defendant Go-Tri, Inc., will be treated as a motion for substitution of counsel and is granted.  Attorney Michael A. Schlueter is substituted for Richard I. Brown and Richard W. Pruett as counsel for Defendant Go-Tri, Inc.  It is

    FURTHER ORDERED that, in the future, all counsel shall comply with Electronic Case Filing Procedures V.C.1. ("s/ signature") and 4. (Signature Block).