IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-2293-ZLW-BNB

COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

       Plaintiff,

v.

GO-TRI, INC., a Colorado corporation, and
MODA RESTAURANT PARTNERS, INC., a Colorado corporation,

       Defendants.

## ORDER OF DISMISSAL

The matter before the Court is Plaintiff's Unopposed Motion To Dismiss With Prejudice All Claims Against All Defendants.  In consideration thereof, it is

ORDERED that the Unopposed Motion To Dismiss With Prejudice All Claims Against All Defendants is granted.  It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.

DATED at Denver, Colorado, this  19  day of October, 2005.

                              BY THE COURT:

                              s/ Zita L. Weinshienk
                              _____
                              ZITA L. WEINSHIENK,  Senior Judge
                              United States District Court